NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**KNEEBINDING, INC.,**
*Appellant*

**v.**

**MARKER VOLKL USA, INC.,**
*Appellee*

———————————

2019-1341

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01265.

———————————

## JUDGMENT

———————————

JAMIE GALLAGHER, Birch Tree IP Law & Strategy PLLC, Essex, VT, argued for appellant.

ANTHONY JAMES FITZPATRICK, Duane Morris LLP, Boston, MA, argued for appellee. Also represented by PATRICK D. MCPHERSON, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* TARANTO and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 11, 2019          /s/ Peter R. Marksteiner
       Date                      Peter R. Marksteiner
                                 Clerk of Court